# Exhibit 4



Report Date: November 13, 2019  
Order #: 1152063

Jennifer C Wakefield  
Stoll Keenon Ogden PLLC  
Client Reference: EMPTY REPORT

| DEBTOR | STATE | FILING OFFICE | SERVICES | THRU DATE | RESULTS | COPIES | COMMENTS |
|---|---|---|---|---|---|---|---|
| DLG MEDICAL SALES, INC. | WI | Department of Financial Institutions | UCC/FTL Searches - Central | 11/11/2019 | 2 Financing Statements No Federal Tax Liens | 4 | |

Reasonable care is exercised in the completion of service requests. Please confirm the accuracy of the name(s) noted above. The categorization of filings is provided for your convenience and should not be relied upon as legal service. COGENCY GLOBAL INC. ("We") assumes no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, accuracy, completeness, legal effect or priority of any matter shown herein. We make no representation, warranty or guarantee as to the information contained in public records. This report reflects information we received from public records in response to your request. Responsibility for the accuracy and completeness of any public record rests with the filing officer.

1



850 NEW BURTON RD., STE. 201
DOVER, DE 19904
P: 800.483.1140
F: 800.253.5177
INFO@COGENCYGLOBAL.COM
COGENCYGLOBAL.COM

11/13/2019

Jennifer C Wakefield
Stoll Keenon Ogden PLLC

Reference:

We have conducted UCC/FTL Searches - Central regarding the following:

**Debtor**: DLG MEDICAL SALES, INC.

**Filing Office**: Department of Financial Institutions, WI

**Thru Date**: 11/11/2019

**Results**: 2 Financing Statements
No Federal Tax Liens

**Total Copies**: 4

Prepared by: jbeenick      Email: jbeenick@cogencyglobal.com

Reasonable care is exercised in the completion of service requests. Please confirm the accuracy of the name(s) noted above. The categorization of filings is provided for your convenience and should not be relied upon as legal service. COGENCY GLOBAL INC. ("We") assumes no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, accuracy, completeness, legal effect or priority of any matter shown herein. We make no representation, warranty or guarantee as to the information contained in public records. This report reflects information we received from public records in response to your request. Responsibility for the accuracy and completeness of any public record rests with the filing officer.

**CORPORATE HQ**
COGENCY GLOBAL INC.
10 E 40TH ST, 10TH FL
NY, NY 10016
D: +1.212.947.7200
P: 800.221.0102
F: 800.944.6607

**EUROPEAN HQ**
COGENCY GLOBAL (UK) LIMITED
REGISTERED IN ENGLAND & WALES,
REGISTRY #8010712
6 LLOYDS AVE, UNIT 4CL
LONDON EC3N 3AX
+44 (0)20.3961.3080

**ASIA PACIFIC HQ**
COGENCY GLOBAL (HK) LIMITED
A HONG KONG LIMITED COMPANY
UNIT B, 1/F, LIPPO LEIGHTON TOWER
103 LEIGHTON RD, CAUSEWAY BAY
HONG KONG
P: +852.2682.9633



**State of Wisconsin**
*Department of Financial Institutions*

Tony Evers, Governor

Kathy Blumenfeld, Secretary

Stephanie Hegele
600 S 2nd Street Springfield IL 62704 USA

November 13, 2019

# UCC-11 Search

**Filed Date:** 11/13/2019
**Reference Number:** S-20191113000771
**Debtor Name:** DLG MEDICAL SALES, INC.
**Certified Through:** 11/11/2019

**Date Range:** N/A
**City Limited:** N/A
**Search Ceiteria :** All (Including Lapsed)



**State of Wisconsin**
*Department of Financial Institutions*

Tony Evers, Governor                                                                 Kathy Blumenfeld, Secretary

Date: November 13, 2019                         Format: Certificate and Copies
Customer ID: 24322                              Date Range: N/A
Reference No: S-20191113000771                  City Limited: N/A
Debtor Name: DLG MEDICAL SALES, INC.            Search Criteria: All (Including Lapsed)
Certified Through: 11/11/2019

---

**IFS Number:** 180002941521
**Filing Type:** UCC-1 Initial Financing Statement            **Filing Number:** 180002941521
**Filing Date:** 03/06/2018 02:02 PM                          **Lapse Date:** 03/06/2023

**Debtors**
| Name | Type | Address |
|---|---|---|
| DLG MEDICAL SALES, INC. | Organization | 11524 PROVIDENCE ROAD # 211 CHARLOTTE NC 28277 USA |

**Secured Parties**
| Name | Type | Address |
|---|---|---|
| FIFTH THIRD BANK | Organization | 201 NORTH TRYON STREET 1MOBB1 CHARLOTTE NC 28202 USA |

---

**IFS Number:** 180003046215
**Filing Type:** UCC-1 Initial Financing Statement            **Filing Number:** 180003046215
**Filing Date:** 03/08/2018 10:42 AM                          **Lapse Date:** 03/08/2023

**Debtors**
| Name | Type | Address |
|---|---|---|
| DLG MEDICAL SALES, INC. | Organization | 11524 PROVIDENCE ROAD # 211C CHARLOTTE NC 28277 USA |

**Secured Parties**
| Name | Type | Address |
|---|---|---|
| FIFTH THIRD BANK | Organization | 201 NORTH TRYON STREET 1MOBB1 CHARLOTTE NC 28202 USA |

# UCC FINANCING STATEMENT



| NAME & PHONE OF CONTACT |
|---|
| CSC Inc |
| Corporation Service Company |
| FilingDept@diligenz.com |
| 800-858-5294 |

| SEND ACKNOWLEDGMENT TO: |
|---|
| CSC Inc |
| Corporation Service Company |
| FilingDept@diligenz.com |

Filing # - 180002941521
Filed - 3/6/2018 2:02:01 PM
Wisconsin Department of Financial Institutions

### Debtor's Exact Full Legal Name

| OR | Organization's Name | | | |
|---|---|---|---|---|
| | DLG MEDICAL SALES, INC. | | | |
| | Individual's Surname | First Personal Name | Additional Name(s)/Initial(s) | Suffix |

| Mailing Address | City | State | Postal Code | Country |
|---|---|---|---|---|
| 11524 PROVIDENCE ROAD # 211 | CHARLOTTE | NC | 28277 | UNITED STATES |

### Secured Party's Name (or name of Total Assignee or Assignor S/P)

| OR | Organization's Name | | | |
|---|---|---|---|---|
| | FIFTH THIRD BANK | | | |
| | Individual's Surname | First Personal Name | Additional Name(s)/Initial(s) | Suffix |

| Mailing Address | City | State | Postal Code | Country |
|---|---|---|---|---|
| 201 NORTH TRYON STREET 1MOBB1 | CHARLOTTE | NC | 28202 | UNITED STATES |

**This financing statement covers the following collateral:**

This UCC financing statement covers a Purchase Money Security Interest in the following collateral: Alter G Anti 'Gravity Treadmill (serial # 985CVC-88), Cynosure Icon (serial # 6330355TII), Cynosure Sculpsure (serial # 78884174P), Cynosure Vectus Laser (serial # 3002KPX), Moeller Liposat and Vibrasat (serial # 2599QAS-TRS12)

**Alternative Designation:**

Not Applicable

**Financing Statement Relates To:**

Not Applicable

**Optional Filer Reference Data:**

047-47235 [143579868]

**Miscellaneous:**

Not filled in.

**Collateral is:**

No Designation

**Form Type:**

UCC Financing Statement

# UCC FINANCING STATEMENT



NAME & PHONE OF CONTACT
CSC Inc
Corporation Service Company
FilingDept@diligenz.com
800-858-5294

SEND ACKNOWLEDGMENT TO:
CSC Inc
Corporation Service Company
FilingDept@diligenz.com

Filing # - 180003046215
Filed - 3/8/2018 10:42:58 AM
Wisconsin Department of Financial Institutions

### Debtor's Exact Full Legal Name

| OR | Organization's Name |  |  |  |
|---|---|---|---|---|
|  | DLG MEDICAL SALES, INC. |  |  |  |
|  | Individual's Surname | First Personal Name | Additional Name(s)/Initial(s) | Suffix |

| Mailing Address | City | State | Postal Code | Country |
|---|---|---|---|---|
| 11524 PROVIDENCE ROAD # 211C | CHARLOTTE | NC | 28277 | UNITED STATES |

### Secured Party's Name (or name of Total Assignee or Assignor S/P)

| OR | Organization's Name |  |  |  |
|---|---|---|---|---|
|  | FIFTH THIRD BANK |  |  |  |
|  | Individual's Surname | First Personal Name | Additional Name(s)/Initial(s) | Suffix |

| Mailing Address | City | State | Postal Code | Country |
|---|---|---|---|---|
| 201 NORTH TRYON STREET 1MOBB1 | CHARLOTTE | NC | 28202 | UNITED STATES |

**This financing statement covers the following collateral:**

All assets.

**Alternative Designation:**

Not Applicable

**Financing Statement Relates To:**

Not Applicable

**Optional Filer Reference Data:**

047-47235 [143695277]

**Miscellaneous:**

Not filled in.

**Collateral is:**

No Designation

**Form Type:**

UCC Financing Statement